FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON S. VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>　　　　Defendant. | NO. CV 06-4777-JVS (MAN)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

　　IT IS ORDERED that: (1) the decision of the Commissioner of the Social Security Administration is reversed; (2) the matter is remanded to the Commissioner of the Social Security Administration for the payment of disability benefits to plaintiff; and (3) Judgment shall be

1 | entered in favor of plaintiff and this action shall be dismissed with
2 | prejudice.

4 |     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
5 | of this Order and the Judgment on counsel for plaintiff and counsel for
6 | defendant.

8 |     LET JUDGMENT BE ENTERED ACCORDINGLY.

10 | DATED: _____6.4.08_____.

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE