FILED
CLERK, U.S. DISTRICT COURT

JUN - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON S. VASQUEZ, | NO. CV 06-4777-JVS (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered in favor of plaintiff. The decision of the Commissioner of the Social Security Administration is reversed, and the case is remanded with instructions.

DATED: June 4, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE