1  **JOEL D. LEIDNER**
   *Attorney at Law*
2  LEIDNER & LEIDNER, A.P.C.
   4622 Hollywood Boulevard
3  Los Angeles, Ca 90027
   Bar# 52559
4  Telephone: (323) 664-5670
   Fax: (323) 662-0840
5
6  Attorney for Plaintiff
   Ramon Vasquez
7
   THOMAS P. O'BRIEN
8  United States Attorney
   LEON W. WEIDMAN
9  Assistant United States Attorney
   Chief, Civil Division
10 SHARLA CERRA CSBN: 187176
   Assistant United States Attorney
11       Room 7516 Federal Building
         300 N. Los Angeles Street
12       Los Angeles, CA 90012
         Telephone: (213) 894-6117
13       Facsimile:   (213) 894-7819
         Email: Sharla.Cerra@usdoj.gov
14
   Attorneys for Defendant
15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMON VASQUEZ<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | NO. CV 06-4777 JVS (MAN)<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §§ 192**0** AND 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

-1-

assignee, shall be awarded attorney fees under EAJA in the amount of six thousand three hundred and fifty dollars and no cents ($6,350.00), as authorized by 28 U.S.C. §§ 1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: August 6, 2008

_____/s/_____
Margaret A. Nagle
United States Magistrate Judge